

**PHONOMETRICS, INC.,**
Plaintiff–Appellant,

v.

**HOSPITALITY FRANCHISE SYSTEMS, INC., Motel 6, L.P., Interstate Hotels Corporation, SRS Hotels, Four Seasons Hotels, Westcoast Hotels, Fairmont Hotel Management Company, Clubhouse Inns of America, Vagabond Inns, Inc., Economy Inns of America, Nendels Corporation, Amfac Resorts, Summerfield Suites Hotels, Grosvenor Hotels Group, Pan Pacific Hotels and Resorts, Benchmark Hospitality, Inncal, Inc., Raphael Hotel Group, Coastal Hotel Group, Chase Management Corporation, Andrew Hotel Management Company, Red Lion Hotels & Inns, Outrigger Lodging Services, Colony Hotels & Resorts, Park Lane Hotels International, E–Z 8 Motel, Inc., and Nikko Hotels (U.S.A.), Inc., Defendants,**

and

**Hotel Corporation of the Pacific (doing business as Aston Hotels & Resorts),**
Defendant–Appellee.

No. 01–1018.

United States Court of Appeals,
Federal Circuit.

Oct. 3, 2001.

Rehearing Denied Nov. 13, 2001.

Before MICHEL, Circuit Judge, ARCHER, Senior Circuit Judge, and RADER, Circuit Judge.

*Judgment*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

**Carl P. WAKLEY, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
Respondent.

No. 01–3183.

United States Court of Appeals,
Federal Circuit.

Oct. 4, 2001.

